**FILED**

JAN 2 9 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '09 MJ 8126 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jose GURROLA | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about January 28, 2009, within the Southern District of California, defendant Jose GURROLA did knowingly and intentionally import approximately 37.96 kilograms (83.51 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 29th DAY OF JANUARY, 2009.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.

Jose GURROLA

## Statement of Facts

This Statement of Facts is based upon the personal observations, investigation, and information provided to U. S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On January 28, 2009, Jose (GURROLA) applied for entry into the United States from Mexico as a United States citizen at the Calexico, California west port of entry. GURROLA was the driver, sole occupant, and registered owner of a 1997 Dodge Ram. In the bed of the Dodge Ram, GURROLA had a 2004 Yamaha 4-wheel ATV, also registered in his name.

At the time, United States Customs and Border Protection Canine Enforcement Officer (CEO) D. Ragsdale was conducting pre-primary inspections with his Narcotic Detector Dog (NDD). CEO Ragsdale used his NDD to screen the 1997 Dodge Ram prior to the vehicle reaching the primary inspection booth in lane 9. The NDD alerted to the 4-wheel ATV in the bed of the truck, indicating the presence of the odor of a controlled substance in that area. Customs and Border Protection Officer (CBPO) J. Cid was assigned to primary inspection lane 9. CEO Ragsdale advised CBPO Cid of the positive alert.

CBPO Cid received a negative Customs declaration from GURROLA, and referred GURROLA to the vehicle secondary area for further inspection. CBPO M. Riche encountered the vehicle in the secondary inspection area. CBPO Riche received a negative Customs declaration from GURROLA and searched the vehicles. CBPO Riche discovered 70 packages concealed within the four tires of the ATV. The packages contained a green leafy substance, which field-tested positive for marijuana. The total weight of the packages was 37.96 kilograms (83.51 pounds).

Special Agents (SA) Struckmeyer and Pomerantz responded to the Port of Entry and interviewed GURROLA. GURROLA was advised of his rights per Miranda.

GURROLA stated he understood his rights and was willing to answer questions without the presence of an attorney. GURROLA admitted knowledge of the marijuana concealed within the ATV. GURROLA stated he was hired to smuggle the marijuana into the United States and was going to be paid $400.00 for driving the marijuana to San Diego, California.